GEORGE BRENNER and Others, for Themselves and on Behalf of All Other Holders of Guaranteed Mortgage Certificates Issued and Executed by the Defendant TITLE GUARANTEE AND TRUST COMPANY, Purporting to Assign Undivided Shares and Interests in the Bonds and Mortgages Hereinafter Mentioned, Held by Said Defendant, Who Are Similarly Situated, and Who Shall Come in and Contribute to the Expense of This Action, Respondents, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.; McAvoy and Townley, JJ., dissent and vote to reverse and grant the motion.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH MURPHY, Otherwise Known as JOSEPH HEEL, and Others, Appellants, Impleaded with Another.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

DeLANOY, KIPP & SWAN, INC., Appellant, v. NEW AMSTERDAM CASUALTY COMPANY and HARTFORD ACCIDENT AND INDEMNITY COMPANY, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

UNIVERSAL CREDIT COMPANY, Appellant, v. NELL POSNER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

MARIAN FELDMAN, an Infant, by FANNIE FELDMAN, Her Guardian ad Litem, and FANNIE FELDMAN, Appellants, v. 11 WEST 42ND STREET, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present—Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

In the Matter of the Application of STEPHAN HIRO, as Executor, etc., of FREDERICK W. WEBER, Deceased, Appellant, for Discovery Proceedings against JACK KLAR, SR., Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

MILDRED E. POWLEY, Respondent, v. THE STATE MUTUAL LIFE ASSURANCE COMPANY OF WORCESTER, MASS., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

AURORA FINANCE CORPORATION, Appellant, v. ADLER SONS SHOE CORP., Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

ABRAHAM FOGLER, Respondent, v. PINKERTON'S NATIONAL DETECTIVE AGENCY, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.

ARTHUR HOLODKO, Appellant, v. GREATER NEW YORK TAXPAYERS MUTUAL INSURANCE ASSOCIATION, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Cohn, JJ.